# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANE S. STROTMAN, | : |
| Plaintiff, | : Civil No. 1:19-CV-0746 |
| v. | : Judge Sylvia H. Rambo |
| CORRECT CARE SOLUTIONS, | : |
| Defendant. | : |

## ORDER

**AND NOW**, on this 5th day of March, 2020, upon consideration of the Defendants' uncontested motions to dismiss the Amended Complaint, and in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. The Pennsylvania Department of Corrections and Secretary Wetzel's motion to dismiss (Doc. 10) the Amended Complaint is **GRANTED**.

2. Mr. Strotman's claims against the Pennsylvania Department of Corrections are **DISMISSED** with prejudice.

3. Mr. Strotman's Eighth Amendment medical claim against Secretary Wetzel is **DISMISSED** without prejudice.

4. Mr. Strotman's professional negligence claim against Secretary Wetzel is **DISMISSED** with prejudice.

5. Correct Care Solutions and Dr. Petz's partial motion to dismiss (Doc. 17) is **GRANTED**.

6. Mr. Strotman's professional negligence claim against Dr. Petz and Correct Care Solutions is **DISMISSED** without prejudice.

7. This action proceeds on Mr. Strotman's Eighth Amendment medical claim against Correct Care Solutions and Dr. Petz.

8. The parties shall complete discovery in this matter by **Monday, August 24, 2020**.

9. The parties may file dispositive motions and supporting briefs by **Thursday, September 24, 2020**.

10. Further scheduling in this matter is deferred pending disposition of any dispositive motions.

11. The Court will strike from the record any motions or briefs filed after the expiration of the applicable deadline without prior leave of Court.

12. No extensions of the pre-trial schedule shall be granted absent good cause. See Fed. R. Civ. P. 16(b)(4).

13. Mr. Strotman is reminded of his obligation to inform the Court of his current address. If the Court is unable to communicate with him because he has failed to notify the Court of his address, he will be deemed to have abandoned the lawsuit. See Doc. 2, Standing Practice Order, sent to Mr. Strotman on May 3, 2019.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge